IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TIFFANIE SNIDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEARTLAND BEEF, INC., an Indiana corporation,<br><br>Defendant. | Case No. 4:20-cv-04026-SLD-JEH<br><br>Case No. 4:20-cv-04272-SLD-JEH<br><br>Hon. Sara Darrow, Chief Judge<br><br>Magistrate Judge Jonathan E. Hawley |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

For the reasons stated in her accompanying Memorandum of Law, Plaintiff Tiffanie Snider, on behalf of herself and the settlement class she seeks to represent, moves this Court to enter her proposed order and grant preliminary approval of this class action settlement. Defendant Heartland Beef, Inc. does not oppose this motion.

Dated: May 11, 2021                     Respectfully submitted,

                                        **TIFFANIE SNIDER**

                                        By: /s/ Benjamin J. Whiting

                                        Benjamin J. Whiting
                                          ben.whiting@kellerlenkner.com
                                        Alex J. Dravillas
                                          ajd@kellerlenkner.com
                                        **KELLER LENKNER LLC**
                                        150 North Riverside Plaza, Suite 4270
                                        Chicago, IL 60606
                                        Tel: (312) 741-5220

                                        *Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I, Benjamin J. Whiting, an attorney, hereby certifies that on May 11, 2021, I caused a true and correct copy of **Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement** to be filed electronically. Notice of this filing will be sent to all parties registered on this Court's CM/ECF system. Parties may access this filing through the Court's system.

/s/  Benjamin J. Whiting