# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| TIFFANIE SNIDER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HEARTLAND BEEF, INC., an Indiana corporation,<br><br>　　　　　Defendant. | Case No. 4:20-cv-04026-SLD-JEH<br><br>Case No. 4:20-cv-04272-SLD-JEH<br><br>Hon. Sara Darrow, Chief Judge<br><br>Magistrate Judge Jonathan E. Hawley |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons stated in her accompanying Memorandum of Law, Plaintiff Tiffanie Snider, on behalf of herself and the Settlement Class, moves this Court to enter her proposed order and grant final approval of this class action settlement. Defendant Heartland Beef, Inc. does not oppose this motion.

Dated: October 24, 2022

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**TIFFANIE SNIDER**

　　　　　　　　　　　　　　　　　　　By: /s/ Alex J. Dravillas

　　　　　　　　　　　　　　　　　　　Benjamin J. Whiting
　　　　　　　　　　　　　　　　　　　　ben.whiting@kellerpostman.com
　　　　　　　　　　　　　　　　　　　Alex J. Dravillas
　　　　　　　　　　　　　　　　　　　　ajd@kellerpostman.com
　　　　　　　　　　　　　　　　　　　**KELLER POSTMAN LLC**
　　　　　　　　　　　　　　　　　　　150 North Riverside Plaza, Suite 4100
　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　Tel: (312) 741-5220

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff and the Settlement Class*

**CERTIFICATE OF SERVICE**

I, Alex J. Dravillas, an attorney, hereby certify that on October 24, 2022, I caused a true and correct copy of **Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement** to be filed electronically. Notice of this filing will be sent to all parties registered on this Court's CM/ECF system. Parties may access this filing through the Court's system.

/s/  Alex J. Dravillas