# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| TIFFANIE SNIDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEARTLAND BEEF, INC., an Indiana corporation,<br><br>Defendant. | Case No. 4:20-cv-04026-SLD-JEH<br><br>Case No. 4:20-cv-04272-SLD-JEH<br><br>Hon. Sara Darrow, Chief Judge<br><br>Magistrate Judge Jonathan E. Hawley |

## PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, COSTS, ADMINISTRATIVE EXPENSES, AND SERVICE AWARD

For the reasons stated in his accompanying Memorandum of Law, Plaintiff Tiffanie Snider, on behalf of herself and the settlement class she seeks to represent, hereby moves for an award of attorneys' fees and expenses for Class Counsel, as well as a service award for Plaintiff as the Class Representative in connection with the class action settlement with Defendant Heartland Beef, Inc. Defendant Heartland Beef, Inc. does not oppose this motion.

Dated: October 24, 2022

Respectfully submitted,

**TIFFANIE SNIDER**

By: /s/ Alex J. Dravillas

Benjamin J. Whiting (*pro hac vice*)
 ben.whiting@kellerpostman.com
Alex J. Dravillas
 ajd@kellerpostman.com
KELLER POSTMAN LLC
150 North Riverside Plaza, Suite 4100
Chicago, IL 60606
Tel: (312) 741-5220

*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I, Alex J. Dravillas, an attorney, hereby certifies that on October 24, 2022, I caused a true and correct copy of **Plaintiff's Unopposed Motion for Approval of Attorneys' Fees, Costs, Administrative Expenses, and Service Award** to be filed electronically. Notice of this filing will be sent to all parties registered on this Court's CM/ECF system. Parties may access this filing through the Court's system.

／s／  Alex J. Dravillas