AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
DEC 1 4 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Tiffanie Snider, individually and on behalf of all others similarly situated,<br>*Plaintiff*<br>v.<br>Heartland Beef, Inc., an Indiana Corporation,<br>*Defendant* | )<br>)<br>)  Civil Action No. 20-4026 and 20-4272<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Plaintiff, Tiffanie Snider, and class members recover $261,000.00 from Defendant Heartland Beef, Inc., said amount to be placed into a Settlement Fund. Attorneys' fees of $91,350.00, costs of $ 1,358.30, an incentive award to the Class Representative of $4,000.00, and settlement administration costs of $9,623.00, shall all be paid from the Settlement Fund, along with distributions to class members pursuant to the parties' Settlement Agreement. This case is dismissed with prejudice and without costs (except as provided herein and in the Settlement Agreement).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Magistrate Judge Jonathan E. Hawley on Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement.

Date: 12/14/22

*signature* 12/14/22

CLERK OF COURT

*signature*
Signature of Clerk or Deputy Clerk